UNCLASSIFIED//FOR PUBLIC RELEASE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ASADULLAH HAROON GUL,

    Petitioner,

    v.

JOSEPH R. BIDEN, JR. et al.,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Filed with the Classified
Information Security Officer
CISO _____
Date __10/14/2021__

Case No. 16-cv-01462 (APM)

### FINAL ORDER

For the reasons stated in the two Memorandum Opinions filed herewith, Petitioner Asadullah Haroon Gul's Petition for Writ of Habeas Corpus, ECF No. 1, is granted, and his Motion for an Order Requiring Immediate Release, ECF No. 117, is denied.

This is a final, appealable order.

Date: October 18, 2021

_____
Amit P. Mehta
United States District Court Judge